1  COOLEY LLP
   TODD S. BONTEMPS (CA #161973)
2  (tbontemps@cooley.com)
   3175 Hanover Street
3  Palo Alto, CA 94304
   Telephone: (650) 843-5490
4  Facsimile: (650) 849-7400

5  Attorneys for Plaintiffs
   *Oportun, Inc. and PF Servicing, LLC*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/5/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPORTUN, INC. and PF SERVICING, LLC, | Case No. 4:15-cv-02997-YGR |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| v. | |
| EAGLE BANCORP MONTANA, INC. | **HON. YVONNE GONZALEZ ROGERS** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Oportun, Inc. and PF Servicing, LLC, by and through counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant Eagle Bancorp Montana, Inc. Defendant has neither answered Plaintiffs' complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

Respectfully submitted,

Dated: September 28, 2015                COOLEY LLP

                                         By: */s/ Todd S. Bontemps*
                                         Todd S. Bontemps

                                         Attorneys for Plaintiffs
                                         *OPORTUN, INC. and PF SERVICING, LLC*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(i)

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send an electronic copy to:

> Robert Ahlefeld Weikert, Esq.
> Nixon Peabody LLP
> One Embarcadero Center
> 18th Floor
> San Francisco, CA  94111-3600
> 415-984-8385
> rweikert@nixonpeabody.com
>
> *Attorneys for Defendant*
> *EAGLE BANCORP MONTANA, INC.*

　　　　　　　　　　　　　　　　　　　　/s/ Todd S. Bontemps
　　　　　　　　　　　　　　　　　　　　Todd S. Bontemps